EDWARD J. TRAINOR v. FRANCISCO SANTANA.

November 10, 1980.

Petition for certification granted.   (See 174 *N.J.Super.* 619)

STATE OF NEW JERSEY v. LUIS HECTOR SANTIAGO.

November 10, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY GLOVER.

November 10, 1980.

Petition for certification denied.

FRONTAGE INDUSTRIAL PARK, INC. v. SUNTEMP
INDUSTRIES.

November 10, 1980.

Petition for certification denied.